No. 78–303. COLBY, DIRECTOR, CENTRAL INTELLIGENCE AGENCY, ET AL. *v.* DRIVER ET AL. C. A. 1st Cir. [Certiorari granted, 439 U. S. 1113.] Motion of the Solicitor General for divided argument granted.

No. 78–349. UNITED STATES *v.* HELSTOSKI; and

No. 78–546. HELSTOSKI *v.* MEANOR, U. S. DISTRICT JUDGE, ET AL. C. A. 3d Cir. [Certiorari granted, 439 U. S. 1045.] Motion of Thomas P. O'Neill, Jr., et al. for leave to participate in oral argument as *amici curiae* granted, and 15 additional minutes allotted for that purpose. Motion of Helstoski to defer oral argument denied. THE CHIEF JUSTICE, MR. JUSTICE STEWART, MR. JUSTICE REHNQUIST, and MR. JUSTICE STEVENS would grant the latter motion. MR. JUSTICE POWELL took no part in the consideration or decision of the latter motion.

No. 78–432. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* WEBER ET AL.;

No. 78–435. KAISER ALUMINUM & CHEMICAL CORP. *v.* WEBER ET AL.; and

No. 78–436. UNITED STATES ET AL. *v.* WEBER ET AL. C. A. 5th Cir. [Certiorari granted, 439 U. S. 1045.] Motions for leave to file briefs as *amici curiae* filed by the following were granted: Pacific Legal Foundation, Washington Legal Foundation, Southeastern Legal Foundation, United States Justice Foundation, and Great Plains Legal Foundation. Motion of Government Contract Employers Assn. for leave to participate in oral argument as *amicus curiae* denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these motions.

No. 78–511. LO-JI SALES, INC. *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. [Certiorari granted, 439 U. S. 978.] Motions of American Booksellers Assn., Inc., et al., and Charles H. Keating, Jr., for leave to file briefs as *amici curiae* granted.